

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2016

No. 04-16-00754-CV

**IN THE INTEREST OF BABY V.,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00239
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

This is an accelerated appeal from an order terminating appellant's parental rights. The court reporter has filed a notification of late reporter's record, requesting an extension of time to December 15, 2016. We GRANT the extension and ORDER the court reporter to file the reporter's record on or before December 15, 2016. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court